# UNITED STATES DISTRICT COURT

NORTHERN           DISTRICT OF           TEXAS

USA

V.

GILBERT JOSEPH CARRASCO

## EXHIBIT AND WITNESS LIST

Case Number:  2:21-CR-46-Z-BR-(1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kacsmaryk | Joshua Frausto/Matt Tusing | Brooks Barfield |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/30/2022 - | M. Daniel | V.Shrewsbury |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A |  | 8/25/2022 | X | X | Sealed Exhibit (admitted at pretrial hearing) |
| 5-6 |  | 8/30/2022 | X | X | Pre-admitted exhibits |
| 16-51 |  | 8/30/2022 | X | X | Pre-admitted exhibits |
| 53-54 |  | 8/30/2022 | X | X | Pre-admitted exhibits |
| 55a |  | 8/30/2022 | X | X | Pre-admitted exhibit |
| 56 |  | 8/30/2022 | X | X | Pre-admitted exhibit |
| 58-66 |  | 8/30/2022 | X | X | Pre-admitted exhibits |
| 68 |  | 8/30/2022 | X | X | Pre-admitted exhibit |
| 7-15 |  | 8/30/2022 | X | X | Pre-admitted exhibits |
| 52 |  | 8/30/2022 | X | X | Pre-admitted exhibit |
| X |  | 8/30/2022 |  |  | Cesar Huerta - APD |
| X |  | 8/30/2022 |  |  | Eric Skaggs - APD |
| X |  | 8/30/2022 |  |  | Bryan Bacon - APD |
| X |  | 8/30/2022 |  |  | Bailee Yates - ATF |
| X |  | 8/30/2022 |  |  | Denise Williams - DEA Chemist |
| X |  | 8/31/2022 |  |  | Randy Mincher - APD |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages

Print   Save As...   Export as FDF   Retrieve FDF File   New Page   Reset